## 2424. HYDE *v.* THE STATE.

The evidence justified the conviction, and no material error of law appears.

Accusation of sale of liquor; from city court of LaGrange—Judge Harwell. January 1, 1910.

Submitted March 9,—Decided April 6, 1910.

*Arthur Greer,* for plaintiff in error.

*Henry Reeves, solicitor,* contra.

POWELL, J. The defendant had a combination store and restaurant in LaGrange. The State's witness went into the store, approached the defendant's son, and said, "I want some liquor." The young man said, "How much?" The witness replied, "One pint." The young man said, "It will cost you seventy-five cents." The witness then handed the young man seventy-five cents, and was told by him to wait a moment there where he was, in the rear of the restaurant. The young man to whom the money had been given then went to the front of the restaurant, to where his father, the present defendant, was, and leaned over the counter and said something to him, and the latter went to the rear of the restaurant and delivered a pint of whisky to the witness. The defendant had received that day a package marked "glass," and he admitted, after his arrest, that he had received twelve pints of whisky. Father and son were both guilty. *Loeb* v. *State,* 6 *Ga. App.* 23 (64 S. E. 338) ; *Stradley* v. *Atlanta,* ante, 441 (67 S. E. 107).

*Judgment affirmed.*